IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASISSA,<br><br>      Plaintiff,<br><br>  v.<br><br>FIRST REPUBLIC BANK,<br><br>      Defendant.<br>_____/ | No. C 09-04129 CW<br><br>ORDER GRANTING<br>JOINT MOTION TO<br>CONTINUE TRIAL AND<br>RESET PRETRIAL DATES<br>(DOCKET NO. 43) |

    Having considered the papers submitted by the parties, the Court GRANTS Joint Motion. (Docket No. 43.) Further Case Management Conference and Dispositive Motion Hearing previously set for March 3, 2011 is continued to September 29, 2011 at 2:00 p.m. Pretrial Conference previously set for June 7, 2011 is continued to December 20, 2011 at 2:00 p.m. Jury Trial (8 day) previously set for June 20, 2011 is continued to January 9, 2012 at 8:30 a.m. The parties are referred to a Magistrate Judge for settlement conference, to be held by November 14, 2011.

    IT IS SO ORDERED.

Dated: 2/4/2011

                                      CLAUDIA WILKEN<br>                                    United States District Judge