IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDERICK CASISSA,

    Plaintiff,

  v.

FIRST REPUBLIC BANK, a division of, MERRILL LYNCH BANK & TRUST COMPANY, FSB,

    Defendant.
_____/

No. C 09-04129 CW

ORDER DENYING PLAINTIFFS' REQUEST FOR JUDICIAL INTERVENTION IN DISCOVERY EVENT (Docket No. 50)

ELIZABETH RIGGINS,

    Plaintiff,

  v.

FIRST REPUBLIC BANK, a division of, MERRILL LYNCH BANK & TRUST COMPANY, FSB,

    Defendant.
_____/

(consolidated with 09-4129)

    Plaintiffs Frederick Casissa and Elizabeth Riggins have filed a one-paragraph request, seeking "judicial intervention in a discovery dispute presently existing between the parties relating to plaintiffs' request for production of documents." Plaintiffs state that they would save "expense and time" if the discovery dispute was resolved without motion practice.

    Civil Local Rule 37-1(b), on which Plaintiffs rely, does not apply to the parties' apparent dispute over documents. That rule pertains to requests for telephone conferences during discovery events, such as depositions or physical examinations, that are

presently taking place. Accordingly, Plaintiffs' request is DENIED. (Docket No. 50.) If Plaintiffs seek a court order to resolve their discovery dispute, they shall file a motion pursuant to Civil L.R. 7-1. Once filed, said motion will be referred to a Magistrate Judge, pursuant to Civil L.R. 72-1, to be heard and considered at the convenience of his/her calendar.

    IT IS SO ORDERED.

Dated: 4/27/2011

CLAUDIA WILKEN
United States District Judge