IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK CASISSA,<br><br>      Plaintiff,<br><br>  v.<br><br>FIRST REPUBLIC BANK, a division of, MERRILL LYNCH BANK & TRUST COMPANY, FSB,<br><br>      Defendant.<br>_____/ | No. C 09-04129 CW<br><br>ORDER DENYING PLAINTIFFS' REQUEST FOR REFERRAL OF DISCOVERY DISPUTE TO UNITED STATES MAGISTRATE<br>(Docket No. 52) |
| ELIZABETH RIGGINS,<br><br>      Plaintiff,<br><br>  v.<br><br>FIRST REPUBLIC BANK, a division of, MERRILL LYNCH BANK & TRUST COMPANY, FSB,<br><br>      Defendant.<br>_____/ | (consolidated with 09-4129) |

    Plaintiffs Frederick Casissa and Elizabeth Riggins have filed a one-paragraph request, asking the Court to "refer this matter to a United States Magistrate for the disposition of any discovery disputes or issues existing between the parties." Plaintiffs state that they have a discovery dispute regarding their "pending request for production of documents."

    In a previous Order, the Court instructed Plaintiffs that, if they desire a court order to resolve their discovery dispute, they

shall file a motion pursuant to Civil L.R. 7-1.[1]  Once filed, the Court instructed, the motion will be referred to a Magistrate Judge, pursuant to Civil L.R. 72-1, to be heard and considered at the convenience of his/her calendar.  Plaintiffs have not filed a motion that can be referred to a magistrate judge.

Plaintiffs' free-standing request to refer their action to a magistrate judge for the resolution of "any discovery dispute or issues" is DENIED.  (Docket No. 52.)

IT IS SO ORDERED.

Dated: 4/27/2011

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge

---

[1] Plaintiffs' April 26 Request for Judicial Intervention did not constitute any of the types of motions enumerated in Civil L.R. 7-1(a).

2