# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK J. CASISSA,<br><br>          Plaintiff,<br><br>     v.<br><br>FIRST REPUBLIC BANK, a division of MERRILL LYNCH BANK AND TRUST, FSB, DOE 1 through DOE 20,<br><br>          Defendants.<br><br>ELIZABETH RIGGINS,<br><br>          Plaintiff,<br><br>     v.<br><br>FIRST REPUBLIC BANK, a division of MERRILL LYNCH BANK AND TRUST, FSB, DOE 1 through DOE 20,<br><br>          Defendants. | CASE NO.  C 09 04129 CW<br>CASE NO.  C 09 04130 CW<br>(Consolidated Cases)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER**<br><br>Removal filed: September 4, 2009<br>Trial:           January 9, 2012 |

Defendant Bank of America, N.A.'s ("Defendant") Motion for Leave to File First Amended Answer to Plaintiffs' Second Amended Complaint was taken under submission on the papers. After considering the papers and arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED that Defendant's motion is granted. Defendant shall e-file its First Amended Answer within three days of the date of this Order.

IT IS SO ORDERED.

DATED: 6/29/2011

                                    _____
                                    HONORABLE CLAUDIA WILKEN
                                    DISTRICT JUDGE