Stephen R. Jaffe, State Bar No. 49539
LAW OFFICES OF STEPHEN R. JAFFE
101 California Street, Suite 2450
San Francisco, CA  94111
Phone: (415) 618-0100
Fax: (415) 618-0080
E-mail: stephen.r.jaffe@jaffetriallaw.com
Attorney for Plaintiffs,
FREDERICK J. CASISSA and
ELIZABETH RIGGINS

Steven R. Blackburn, State Bar No. 154797
Andrew J. Sommer, State Bar No. 192844
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
E-mail:  sblackburn@ebglaw.com
E-mail:  asommer@ebglaw.com
Attorneys for Defendant,
BANK OF AMERICA, N.A. (as successor in interest
to Merrill Lynch Bank and Trust Company, FSB)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK J. CASISSA,<br><br>     Plaintiff,<br><br>     v.<br><br>FIRST REPUBLIC BANK, a division of<br>MERRILL LYNCH BANK AND TRUST,<br>FSB, DOE 1 through DOE 20,<br><br>     Defendants. | CASE NO.  C 09 04129 CW<br>CASE NO.  C 09 04130 CW<br>(Consolidated Cases)<br><br>**STIPULATION AND ORDER CONTINUING TRIAL AND RESETTING PRE-TRIAL DEADLINES**<br><br>Removal Filed:  September 4, 2009<br>Trial:        January 9, 2012 |
| ELIZABETH RIGGINS,<br><br>     Plaintiff,<br><br>     v.<br><br>FIRST REPUBLIC BANK, a division of<br>MERRILL LYNCH BANK AND TRUST,<br>FSB, DOE 1 through DOE 20,<br><br>     Defendants. | |

## STIPULATION

The parties, by and through their respective counsel of record, stipulate to continue trial and reset pretrial deadlines based on the following facts:

1.     On July 7, 2011, Defendant Bank of America, N.A. filed a Motion to Continue Trial and Reset Pre-Trial Deadlines on the grounds that the complexity of the legal issues and substantial volume of e-discovery have prevented the parties from timely completing initial discovery.  On July 12, 2011, the Court issued an order shortening the briefing schedule and notifying the parties that the motion would be decided on the papers.

2.     Following the filing of this motion, the parties have agreed to continue the trial to June 2012, or the next available date, and reset the pre-trial deadlines, including the deadlines for completing fact and expert discovery and for hearing dispositive motions.

DATED:  July 13, 2011
                                                      LAW OFFICES OF STEPHEN R. JAFFE


                                                      By:   /s/  *Stephen R. Jaffe*
                                                              Stephen R. Jaffe
                                                      Attorney for Plaintiffs FREDERICK J.
                                                      CASISSA and ELIZABETH RIGGINS


DATED:  July 13, 2011
                                                      EPSTEIN BECKER & GREEN, P.C.


                                                      By: :   /s/  *Andrew J. Sommer*
                                                              Steven R. Blackburn
                                                              Andrew J. Sommer
                                                      Attorneys for Defendant
                                                      BANK OF AMERICA, N.A.

## ORDER

Pursuant to the stipulation, the trial in these consolidated cases is continued from January 9, 2012 to June **4**, 2012.  **Pre-trial conference is continued from December 20, 2011 to May 22, 2012.**  The pre-trial scheduling order entered on February 4, 2011 is hereby modified and the pre-trial deadlines are continued as follows:

1. Fact Discovery Cutoff:                          **11/18/2011**

2. Expert Discovery Cutoff                         **11/18/2011**

3. Expert Disclosure:                              **10/7/2011**

4. Rebuttal Expert Disclosure:                     **10/21/2011**

5. Further Case Management Conference:   **9/29/2011**

6. Hearing on Dispositive Motions:         **9/29/2011**

IT IS SO ORDERED.

Dated:  7/19/2011

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE