Stephen R. Jaffe, State Bar No. 49539
LAW OFFICES OF STEPHEN R. JAFFE
101 California Street, Suite 2450
San Francisco, CA  94111
Phone: (415) 618-0100
Fax: (415) 618-0080
E-mail: stephen.r.jaffe@jaffetriallaw.com
Attorney for Plaintiffs,
FREDERICK J. CASISSA and
ELIZABETH RIGGINS

Steven R. Blackburn, State Bar No. 154797
Andrew J. Sommer, State Bar No. 192844
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
E-mail:  sblackburn@ebglaw.com
E-mail:  asommer@ebglaw.com
Attorneys for Defendant,
BANK OF AMERICA, N.A. (as successor in interest
to Merrill Lynch Bank and Trust Company, FSB)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREDERICK J. CASISSA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST REPUBLIC BANK, a division of MERRILL LYNCH BANK AND TRUST, FSB, DOE 1 through DOE 20,<br><br>　　　　　Defendants. | CASE NO.  C 09 04129 CW<br>CASE NO.  C 09 04130 CW<br>(Consolidated Cases)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL AND RESETTING PRETRIAL DEADLINES**<br><br>Removal Filed: September 4, 2009<br>Trial:　　　　　June 4, 2012 |
| ELIZABETH RIGGINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST REPUBLIC BANK, a division of MERRILL LYNCH BANK AND TRUST, FSB, DOE 1 through DOE 20,<br><br>　　　　　Defendants. | |

**STIPULATION**

The parties, by and through their respective counsel of record, stipulate to continue trial and reset pretrial deadlines based on the following facts:

1. On July 19, 2011, the Court granted the parties' Stipulation and Proposed Order Continuing Trial and Resetting Pretrial Deadlines in connection with Defendant's motion filed on July 7, 2011. Consequently, the Court continued the trial from December 20, 2011 to June 4, 2012, and reset the pretrial conference for May 22, 2012. The Court reset the pretrial deadlines as follows: November 18, 2011 for the fact and expert discovery cutoff, October 7, 2011 for expert disclosures, October 21, 2011 for rebuttal expert disclosures, and September 29, 2011 for the hearing on dispositive motions and further case management conference.

2. The parties request that the trial date and pretrial deadlines contained in the Court's July 19, 2011 Order be continued. Pursuant to the Clerk's Notice Re: Stipulation dated July 21, 2011, the Court requires that the hearing on dispositive motions be at least 90 days before the trial date. Based on the present trial date and the Court's availability, the soonest that dispositive motions can be heard is early February 2011. Dispositive motions would then need to be filed by January 2011, which would not allow sufficient time to complete discovery in advance of that deadline.

3. As set forth in Defendant's Motion to Continue Trial and Reset Pretrial Deadlines, the complexity of the legal issues and substantial volume of e-discovery have prevented the parties from timely completing initial discovery. The electronic production will not be complete until September 2011, at the very earliest, and depositions cannot commence until after the remaining documents are produced. The parties anticipate that depositions will begin in late 2011 and continue through early 2012.

4. Accordingly, to ensure that discovery is completed by the deadline for filing dispositive motions and consistent with the Clerk's Notice, the parties request that the trial be continued from June 4, 2012 to August 20, 2012, and that the pretrial conference be continued from May 22, 2012 to August 7, 2012. The parties further request that the hearing on dispositive

motions and further case management conference be continued from September 29, 2011 to May 17, 2012, and that the deadline for fact and expert discovery be continued from November 18, 2011 to May 15, 2012.  Defense counsel has recently confirmed with Judge Wilken's Courtroom Deputy that the dates requested for continuing the trial and hearings/conferences are available.

5. Because the parties will not be in a position to designate expert witnesses until next year after completing depositions, they further request that the deadlines for designating expert witnesses be continued from October 7, 2011 to April 1, 2012 and for designating rebuttal experts be continued from October 21, 2011 to April 15, 2012.

DATED:  July 29, 2011                               LAW OFFICES OF STEPHEN R. JAFFE


By:   /s/ *Stephen R. Jaffe*
        Stephen R. Jaffe
        Attorney for Plaintiffs FREDERICK J.
        CASISSA and ELIZABETH RIGGINS


DATED:  July 29, 2011                               EPSTEIN BECKER & GREEN, P.C.


By:   /s/ *Andrew J. Sommer*
        Steven R. Blackburn
        Andrew J. Sommer
        Attorneys for Defendant
        BANK OF AMERICA, N.A.

- 3 -

STIPULATION AND [PROPOSED] ORDER CONTINUING
TRIAL AND RESETTING PRE-TRIAL DEADLINES
Case Nos. C 09 04129 & C 09 04130

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation, the pretrial scheduling order is hereby modified and the trial date and pretrial deadlines are continued as follows: The trial shall be continued from June 4, 2012 to August **21**, 2012 and the pretrial conference continued from May 22, 2012 to August 7, 2012. The hearing on dispositive motions and further case management conference shall be continued from September 29, 2011 to May 17, 2012. The deadline for fact and expert discovery shall be continued from November 18, 2011 to May 15, 2012. The deadlines for designating expert witnesses shall be continued from October 7, 2011 to April 1, 2012 and for designating rebuttal witnesses shall be continued from October 21, 2011 to April 15, 2012.

IT IS SO ORDERED.

Dated: **8/2/2011**

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

- 4 -

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING
TRIAL AND RESETTING PRE-TRIAL DEADLINES
Case Nos. C 09 04129 & C 09 04130