United States District Court<br>
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK J. CASISSA,<br>      Plaintiff,<br>  v.<br>FIRST REPUBLIC BANK,<br>      Defendant.<br>_____/ | No. C 09-04129 CW<br><br>ORDER OF <u>REFERENCE TO MAGISTRATE JUDGE</u> |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion for order compelling defendants to identify which of defendant's produced documents and which of defendant's privilege log entries are responses to which of plaintiffs' requests for production and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  The hearing noticed for Thursday, October 13, 2011, is vacated.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: **9/9/2011**

                                      CLAUDIA WILKEN<br>
                                      United States District Judge

cc:  Sue