| | |
|---|---|
| Stephen R. Jaffe, SBN 49539<br>LAW OFFICES OF STEPHEN R. JAFFE<br>101 California Street, Suite 2450<br>San Francisco, CA  94111<br>Phone: (415) 618-0100<br>Fax: (415) 618-0080<br>E-mail: stephen.r.jaffe@jaffetriallaw.com<br>Attorney for Plaintiffs,<br>FREDERICK J. CASISSA and<br>ELIZABETH RIGGINS | Stephen M. Murphy, Esq., SBN  103768<br>LAW OFFICES OF STEPHEN M. MURPHY<br>180 Montgomery Street, Suite 940<br>San Francisco, CA 94104<br>Phone: (415) 986-1338, Fax:  (415) 986-1231<br>E-mail:  smurphy@justice.com<br>Attorney for Plaintiffs,<br>FREDERICK J. CASISSA and<br>ELIZABETH RIGGINS |

Steven R. Blackburn, SBN 154797
Andrew J. Sommer, State Bar No. 192844
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
E-mail:  sblackburn@ebglaw.com
E-mail:  asommer@ebglaw.com
Attorneys for Defendant,
BANK OF AMERICA, N.A. (as successor in interest to Merrill Lynch Bank and Trust Company, FSB)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK J. CASISSA,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST REPUBLIC BANK, a division of MERRILL LYNCH BANK AND TRUST, FSB, DOE 1 through DOE 20,<br><br>    Defendants.<br>_____<br>ELIZABETH RIGGINS,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST REPUBLIC BANK, a division of MERRILL LYNCH BANK AND TRUST, FSB, DOE 1 through DOE 20,<br><br>    Defendants. | CASE NO.  C 09 04129 CW<br>CASE NO.  C 09 04130 CW<br>(Consolidated Cases)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO COMPEL PLAINTIFFS' APPEARANCE FOR DEPOSITION** AS MODIFIED<br><br>Date:         February 7, 2012<br>Time:         9:00 a.m.<br>Courtroom:    Courtroom E, 15th Floor<br>              Hon. Elizabeth D. Laporte<br><br>Removal Filed:  September 4, 2009<br>Trial:              August 21, 2012 |

---

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS'
MOTION TO COMPEL PLAINTIFFS' APPEARANCE FOR DEPOSITION
Case Nos. C 09 04129 & C 09 04130

**STIPULATION**

Following Defendant filing its Motion to Compel Plaintiffs' Appearance for Deposition, Plaintiffs Mr. Casissa and Ms. Riggins have agreed to appear for deposition on February 9 and 10, 2012, respectively. Accordingly, the parties, by and through their respective counsel of record, stipulate to a continuance of the hearing on Defendant Bank of America, N.A.'s Motion to Compel, currently set for February 7, 2012, 9:00 a.m. before the Honorable Elizabeth D. Laporte, to February 28, 2012 at 9:00 a.m.

DATED:  January 12, 2012

LAW OFFICES OF STEPHEN R. JAFFE
LAW OFFICES OF STEPHEN M. MURPHY


By:  /s/ *Stephen M. Murphy*
     Stephen M. Murphy
Attorney for Plaintiffs FREDERICK J. CASISSA and ELIZABETH RIGGINS


DATED:  January 12, 2012

EPSTEIN BECKER & GREEN, P.C.


By: :  /s/ *Andrew J. Sommer*
     Steven R. Blackburn
     Andrew J. Sommer
Attorneys for Defendant
BANK OF AMERICA, N.A.


[~~PROPOSED~~] **ORDER**

Pursuant to the stipulation, the hearing on Defendant Bank of America, N.A.'s Motion to Compel Plaintiffs' Appearance for Deposition, currently set for February 7, 2012 before the Honorable Elizabeth D. Laporte, is continued to ~~February 28~~, 2012 at ~~9:00~~ a.m.

March 13,                10:00

IT IS SO ORDERED.

Dated:  January 17, 2012

_____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

- 2 -