IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK J. CASSISSA,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST REPUBLIC BANK, a division of MERRILL LYNCH BANK AND TRUST FSB; and DOES 1-20,<br><br>    Defendants.<br>_____/ | No. C 09-4129 CW<br><br>ORDER REGARDING DEFENDANT'S MOTION TO CONTINUE AND VACATING HEARING |
| ELIZABETH RIGGINS,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST REPUBLIC BANK, a division of MERRILL LYNCH BANK AND TRUST FSB; and DOES 1-20,<br><br>    Defendants.<br>_____/ | No. C 09-4130 CW |

    Defendant Bank of America, N.A., as successor in interest to Merrill Lynch Bank and Trust FSB, has filed a motion to continue the deadline for hearing dispositive motions or, in the alternative, to continue the trial and reset the deadline for hearing dispositive motions. Defendant noticed this motion for hearing on April 12, 2012 pursuant to Civil Local Rule 7-2. However, as a motion to change time, Defendant's motion is governed by Civil Local Rule 6-3.

In accordance with Rule 6-3(c), Plaintiffs' opposition, if any, shall be filed within four days of the date of this Order. The Court vacates the hearing currently set for April 12, 2012.

IT IS SO ORDERED.

Dated: 3/6/2012

CLAUDIA WILKEN
United States District Judge