IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK J. CASISSA, | No. C 09-4129 CW |
| Plaintiff, | ORDER REFERRING PARTIES TO A MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE |
| v. | |
| FIRST REPUBLIC BANK, a division of MERRILL LYNCH BANK AND TRUST FSB; and DOES 1-20, | |
| Defendants. | |

================================/

| | |
|---|---|
| ELIZABETH RIGGINS, | No. C 09-4130 CW |
| Plaintiff, | |
| v. | |
| FIRST REPUBLIC BANK, a division of MERRILL LYNCH BANK AND TRUST FSB; and DOES 1-20, | |
| Defendants. | |

_____/

On February 4, 2011, the Court referred the parties in these consolidated cases to a Magistrate Judge for a settlement conference, to be held by November 14, 2011.  Docket No. 47.  It appears that such a settlement conference did not take place.

Accordingly, the Court re-refers the parties to a Magistrate Judge for a settlement conference, to be held as soon as possible. The Court notes that the trial in these cases is currently set to begin on Tuesday, August 21, 2012, at 8:30 a.m.

IT IS SO ORDERED.

Dated: 6/14/2012

CLAUDIA WILKEN
United States District Judge